■ THE PEOPLE OF THE STATE OF NEW YORK, Respondents, v ROBERT GIOIA, Appellant.—Judgment of the County Court, Suffolk County, rendered October 26, 1976, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Shapiro, Suozzi and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HUDSON, Appellant.—Judgment of the County Court, Nassau County, rendered April 2, 1976, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Shapiro, Hawkins and Suozzi, JJ., concur.